**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**TINA ALEXANDER,**

**Plaintiff Pro Se,**

**-v-**

**WELLS FARGO BANK, N.A. FKA WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB ITS SUCCESSORS AND/OR ASSIGNS, "DOES" 1-10**

**Defendants.**

**CIVIL ACTION NO. 4:15-1596**
**JUDGE SIM LAKE**

**NOTICE OF APPEAL**

United States Courts
Southern District of Texas
FILED
JUL 22 2016
David J. Bradley, Clerk of Court

Notice is hereby given that Tina Alexander, Plaintiff Pro Se in the above named case hereby appeal to the United States Court of Appeals for the Fifth Circuit, from the Court's Order Denying Motion For New Trial entered in this action on the 12th day of July, 2016 (Doc# 27), the Court's Final Judgment entered in this action on the 12th day of May, 2016 (Doc# 22), the Opinion entered on the 12th day of May, 2016 (Doc# 21), the Court's Order Denying Plaintiff's Motion to Remand entered in this action on the 1st day of October 2015 (Doc# 11), as well as all other orders, rulings and decrees leading up to, preceding, or in any way related to the May 12, 2016 Judgment and Opinion that are adverse to Plaintiff.

Dated this 22nd day of July, 2016.

Respectfully submitted,

Tina Alexander
Plaintiff Pro Se

Tina Alexander
12318 Mossycup Drive
Houston, Texas 77024
Telephone: (832)516-1577
tsa215@gmail.com
**Plaintiff Pro Se**

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of July 2016, a copy of this Notice of Appeal was served by electronic filing on:

**Robert T Mowrey**
Locke Lord LLP
2200 Ross Ave
Suite 2800
Dallas, TX 75201-6776
214-740-8000
Fax: 214-740-8800
Email:rmowrey@lockelord.com

**Daniel Mark Branum**
Figari + Davenport, LLP
901 Main Street
Suite 3400
Dallas, TX 75202
(214) 939-2000
Fax: (214) 939-2090
Email: dan.branum@figdav.com

**Jason Levi Sanders**
Locke Lord LLP
2200 Ross Ave
Ste 2800
Dallas, TX 75201-6776
214-740-8000
Fax: 214-740-8800
Email: jsanders@lockelord.com

**Marc Daniel Cabrera**
Locke Lord LLP
2200 Ross Ave
Ste 2800
Dallas, TX 75201-6776
214-740-8000
Fax: 214-740-8800
Email: mcabrera@lockelord.com

Tina Alexander